## (September 13, 1962)

■ PANTHER OIL & GREASE MANUFACTURING COMPANY, Appellant, v. ALLEN CLIPPINGER, Respondent.— Order unanimously reversed, without costs of this appeal to either party, and motion denied, without costs. Memorandum: The defendant has failed to show that his default was the result of mistake, inadvertence, surprise, or excusable neglect. (*Kurtz* v. *Wilder*, 284 App. Div. 1051; *General Aniline & Film Corp.* v. *Rembrandt Graphic Arts Co.*, 281 App. Div. 1028.) Further, the motion was not timely. (Civ. Prac. Act, § 108.) (Appeal by plaintiff from order of Oneida County Court, resetting the order of said court which confirmed the court's prior order opening the default judgment.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ AGNES MANARD, Appellant, v. JENNIE KINNETT, Defendant, and BARBARA A. KINNETT, Respondent. AGNES E. MANARD, an Infant, by AGNES MANARD, Her Guardian ad Litem, Appellant, v. JENNIE KINNETT, Defendant, and BARBARA A. KINNETT, Respondent.— Appeal dismissed, without costs, upon stipulation. (Appeal from order of Monroe Special Term granting the motion of defendant, Barbara Anne Kinnett, to set aside the judgments and granting permission to open the defaults.) Present — Williams, P. J., Bastow, Goldman and Halpern, JJ. [29 Misc 2d 1002.]

■ JOSEPH R. PANELLO, Individually and as Guardian ad Litem of JUNE PANELLO, an Infant, Respondent, v. ANDREW F. ZONA et al., Defendants, and EDWARD F. MAHAR, Appellant. (Action No. 1.) ALBERT ZONA, Respondent, v. SALVATION ARMY et al., Appellants. (Action No. 2.) — Order unanimously reversed, without costs of this appeal to any party and motion granted, without costs. Memorandum: The failure to grant an order consolidating the two actions was an improvident exercise of discretion. (Appeal from order of Monroe Special Term denying the defendants' application for an order removing Action No. 2 from City Court of Rochester and consolidating the same with Action No. 1.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ ARNOLD MILKS et al., Respondents, v. DAVID WALKER et al., Appellants. (Action No. 1.) ARNOLD MILKS et al., Respondents, v. TOWN OF BOSTON, Appellant. (Action No. 2.) — Order insofar as appealed from unanimously reversed, without costs of this appeal to any party, and motion to discontinue denied, without costs. Memorandum: The granting of the motion to discontinue without prejudice was an improvident exercise of discretion. (*Schultz* v. *Kobus*, 15 A D 2d 382; *Broniszewski* v. *Newman*, 16 A D 2d 876.) (Appeal by all defendants from part of an order of Erie Special Term granting the motion of the plaintiffs for an order permitting the discontinuance of the above-entitled actions without prejudice.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ ELIZABETH B. ERTELL, Respondent, v. JOSEPH M. BECK, Appellant, et al., Defendant. — Order unanimously affirmed, without costs of this appeal to either party. (Appeal by defendant Beck from order of Erie Special Term denying the motion of the defendant for summary judgment.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.